IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | |
| v. : | CRIMINAL NO. 09-614 |
| : | |
| DONATO RODRIGUEZ, ET AL. : | |
| : | |

# ORDER

**AND NOW**, this \_\_\_\_\_ day of May, 2010, upon consideration of Defendant Donato Rodriguez's Motion to Suppress Physical Evidence and Memorandum in Support thereof (Docs. 92-93), the Government's Response in Opposition thereto (Doc. 100), Defendant's Reply (Doc. 101), and the arguments raised by the parties at a hearing held on May 5, 2010, **IT IS HEREBY ORDERED and DECREED** that Defendant's Motion is **DENIED**.

**IT IS FURTHER ORDERED** that all physical evidence recovered from 5262 N. Howard Street in Philadelphia, Pennsylvania, pursuant to the search warrant issued on or around August 21, 2009, may be introduced at trial.

**BY THE COURT:**

**/s/ Petrese B. Tucker**

_____

**Hon. Petrese B. Tucker, U.S.D.J.**